# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1676
_____

JAMES V. TAYLOR,

  Appellant,

  v.

MARY KATHRYN TAYLOR and
O/B/O L.A.T. and J.L.T.,

  Appellees.

_____


On appeal from the Circuit Court for Walton County.
Jonathan V. Schlechter, Judge.

March 25, 2026


PER CURIAM.

  AFFIRMED.

OSTERHAUS, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jason Cromey of Cromey Law, P.A., Pensacola, for Appellant.

Andrew D. Wheeler of The Wheeler Firm, P.A., Niceville, for Appellees.